| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Roberta D. Perkins, 153074<br>WEINBERG, ROGER, & ROSENFELD<br>1001 Marina Village Parkway<br>Alameda, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (Name): Petitioner | Ref. No. or File No.<br>118653 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Communications Workers of America

DEFENDANT:

AT&T Services, Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:08-CV-02211-EDL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Petition to Compel Arbitration, CMC Order and ADR Deadlines, Standing Order for All Judges, Standing Order for Judge Laporte, ECF Registration, Welcome Packet, Notice of Assignment of Case

2. Party Served: AT&T Services, Inc.

3. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Date & Time of Delivery: May 2, 2008    2:30 pm

5. Address, City and State: 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: LOS ANGELES
Registration No.: 4553

Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 2, 2008 at Los Angeles, California.

Signature: _____

Jimmy Lizama

FF# 6661820

| | |
|---|---|
| Roberta D. Perkins, Bar No: 153074 | (510) 337-1001 |
| WEINBERG, ROGER, & ROSENFELD | |
| 1001 Marina Village Parkway | |
| Alameda, CA 94501-1091 | |
| Representing: Petitioner | File No.118653 |

United States District Court

Northern District of California

| | |
|---|---|
| Communications Workers of America <br><br> Plaintiff/Petitioner <br><br> vs <br><br> AT&T Services, Inc. <br><br> Defendant/Respondent | Case No: 3:08-CV-02211-EDL <br><br> Proof of Service of: <br> Petition to Compel Arbitration, CMC Order and ADR Deadlines, Standing Order for All Judges, Standing Order for Judge Laporte, ECF Registration, Welcome Packet, Notice of Assignment of Case <br><br> Service on: <br> AT&T Services, Inc. <br><br> Hearing Date: <br> Hearing Time: <br> Div/Dept: |

PROOF OF SERVICE

FF# 6661820