PAUL, HASTINGS, JANOFSKY & WALKER LLP
J. AL LATHAM, JR. (SB# 71605)
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

PAUL, HASTINGS, JANOFSKY & WALKER LLP
THOMAS E. GEIDT (SB# 80955)
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Respondent
AT&T SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,<br><br>Petitioner,<br><br>vs.<br><br>AT&T SERVICES, INC.,<br><br>Respondent. | CASE NO. 3:08-CV-02211 EDL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PETITION** |

LEGAL_US_W # 58989148.1

STIPULATION EXTENDING TIME TO RESPOND TO PETITION

Pursuant to Northern District Local Rule 6-1, the parties, by their undersigned counsel, stipulate that Respondent AT&T Services, Inc. shall have a 20-day extension of time, from May 21 to June 10, 2008, to respond to the Petition herein.

DATED: May 21, 2008

WEINBERG, ROGER & ROSENFELD

By: /s/ Caren P. Sencer / rdg
Caren P. Sencer
Attorneys for Petitioner
COMMUNICATION WORKERS OF AMERICA, AFL-CIO

DATED: May 21, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Thomas E. Geidt
Thomas E. Geidt
Attorneys for Respondent
AT&T SERVICES, INC.

LEGAL_US_W # 58989148.1

-1-

STIPULATION EXTENDING TIME TO RESPOND TO PETITION