1  DAVID A. ROSENFELD (SB# 58163)
   ROBERTA D. PERKINS (SB# 153074)
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, CA 94501-1091
4  Telephone: (510) 337-1001
   Facsimile: (510) 337-1023
5
   Attorneys for Petitioner
6  COMMUNICATION WORKERS OF AMERICA,
   AFL-CIO DISTRICT 9
7
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  J. AL LATHAM, JR. (SB# 71605) allatham@paulhastings.com
   THOMAS E. GEIDT (SB# 80955) tomgeidt@paulhastings.com
9  55 Second Street
   Twenty-Fourth Floor
10 San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
11 Facsimile: (415) 856-7100

12 Attorneys for Respondent
   AT&T SERVICES, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, | CASE NO. 3:08-CV-02211 EDL |
| 18 | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 19         Petitioner, | |
| 20    vs. | |
| 21  AT&T SERVICES, INC., | |
| 22         Respondent. | |

LEGAL_US_W # 59157581.1

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: June 12, 2008

WEINBERG, ROGER & ROSENFELD

By: _____
DAVID A. ROSENFELD
Attorneys for Petitioner
COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO

DATED: June 13, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
THOMAS E. GEIDT
Attorneys for Respondent
AT&T SERVICES, INC.

LEGAL_US_W # 59157581.1                    -1-

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE