DAVID A. ROSENFELD (SB# 58163)
ROBERTA D. PERKINS (SB# 153074)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

Attorneys for Petitioner
COMMUNICATION WORKERS OF AMERICA,
AFL-CIO DISTRICT 9

PAUL, HASTINGS, JANOFSKY & WALKER LLP
J. AL LATHAM, JR. (SB# 71605) allatham@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

PAUL, HASTINGS, JANOFSKY & WALKER LLP
THOMAS E. GEIDT (SB# 80955) tomgeidt@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Respondent
AT&T SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,<br><br>Petitioner,<br><br>vs.<br><br>AT&T SERVICES, INC.,<br><br>Respondent. | CASE NO. 3:08-CV-02211 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING THIS ACTION** |

LEGAL_US_W # 59141470.1

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION

PAGE 1/2 * RCVD AT 6/11/2008 5:41:25 PM [Pacific Daylight Time] * SVR:SFORF1/4 * DNIS:9998 * CSID:337102 * DURATION (mm-ss):00-52

## STIPULATION

All parties to this action, by their undersigned counsel, stipulate and agree that this action shall be voluntarily dismissed, in its entirety, without prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

DATED: June 10, 2008              WEINBERG, ROGER & ROSENFELD

By: _____
DAVID A. ROSENFELD
Attorneys for Petitioner
COMMUNICATIONS WORKERS OF AMERICA,
AFL-CIO

DATED: June 12, 2008              PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
THOMAS E. GEIDT
Attorneys for Respondent
AT&T SERVICES, INC.

## ORDER

Pursuant to the parties' stipulation, it is ordered that this action be, and it hereby is, dismissed in its entirety, without prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: June 16, 2008

IT IS SO ORDERED
Judge Elizabeth D. Laporte

LEGAL_US_W # 59141470.1                -1-

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION

06-11-2008  17:42  From-Weinberg, Roger & Rosenfeld   3371023    T-726  P.001/002  F-263